■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SANTORO, Appellant. (Appeal No. 2.) [17 NYS3d 348]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered February 28, 2013. The judgment convicted defendant, upon his plea of guilty, of escape in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Santoro* ([appeal No. 1] 132 AD3d 1241 [2015]). Present—Scudder, P.J., Smith, Centra, Peradotto and Carni, JJ.